ALBERT LILIENTHAL et al., Respondents, *v.* JOHN F. BETZ et al., Appellants, Impleaded with Others.

*Lilienthal* v. *Betz*, 61 App. Div. 601, affirmed.
(Argued October 24, 1902; decided November 18, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 21, 1901, affirming a judgment in favor of plaintiffs entered upon a verdict directed by the court and an order denying a motion for a new trial.

*Abram I. Elkus, James C. McEachen* and *Joseph M. Proskauer* for appellants.

*Harold Nathan* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN and VANN, JJ. Absent: HAIGHT, J.